IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03344-REB-MEH

DAVID L. HILDEBRAND,

        Plaintiff,

v.

CITY OF BOULDER,

        Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2014.**

        Plaintiff/Defendant's Joint Motion to Stay [filed February 26, 2014; docket #10] is **granted in part and denied in part**. The Scheduling Conference currently set for **March 10, 2014** is **converted** to a **Status Conference** and will be held in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

        The parties may appear at the Status Conference by telephone by first teleconferencing together, then calling my Chambers at 303.844.4507. They shall be prepared to discuss the progress of the related case and whether discovery should be stayed in this case.

        Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.