IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03344-REB-MEH

DAVID L. HILDEBRAND,

    Plaintiff,

v.

CITY OF BOULDER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2014.**

    The Joint Motion for Entry of Stipulated Protective Order [filed June 16, 2014; docket #30] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.

    In addition, if the parties choose to re-file the motion, the proposed order shall be filed as an attachment to the motion and a copy of the proposed order shall be emailed to chambers in a useable format.