IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03344-REB-MEH
(Consolidated with 14-cv-00425-REB-MEH)

DAVID L. HILDEBRAND,

    Plaintiff/Counter Defendant,

v.

CITY OF BOULDER,

    Defendant,

MONROE TRUCK EQUIPMENT,

    Defendant/Counter Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 13, 2014.**

    The Joint Motion for Entry of Stipulated Protective Order [filed August 12, 2014; docket #40] is **granted**. The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.