**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03344-REB-MEH
(Consolidated with 14-cv-00425-REB-MEH)

DAVID L. HILDEBRAND,

    Plaintiff/Counter Defendant,

v.

CITY OF BOULDER,

    Defendant, and

MONROE TRUCK EQUIPMENT,

    Defendant/Counter Claimant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on **Plaintiff's Renewed Motion To dismiss the City of Boulder** [#55][1] filed February 11, 2015.  The motion is unopposed.  After reviewing the motion and the record, I conclude that the motion should be granted and that the claims of the plaintiff against defendant, City of Boulder, should be dismissed with prejudice, with the relevant parties to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Renewed Motion To dismiss the City of Boulder** [#55] filed February 11, 2015, is **GRANTED**;

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the claims of the plaintiff, David L. Hildebrand, against defendant, City of Boulder, are **DISMISSED WITH PREJUDICE** with the relevant parties to pay their own attorney fees and costs; and

3. That defendant, City of Boulder, is **DROPPED** as a party to this case, and the caption shall be **AMENDED** accordingly.

Dated February 17, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge