**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03344-REB-MEH
(Consolidated with 14-cv-00425-REB-MEH)

DAVID L. HILDEBRAND,

    Plaintiff/Counter Defendant,

v.

MONROE TRUCK EQUIPMENT,

    Defendant/Counter Claimant.

---

**MINUTE ORDER**[1]

---

The matters before the court are: (1) **Defendant's Motion for Summary Judgment** [#15][2] filed March 28, 2014; and (2) the **Recommendation of United States Magistrate Judge** [#26] filed May 14, 2014. The motion for summary judgment was filed by former defendant, The City of Boulder. The plaintiff has dismissed his claims against The City of Boulder. *Order* [#58] filed February 17, 2015.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Motion for Summary Judgment** [#15] filed March 28, 2014, is denied as moot; and

2. That the **Recommendation of United States Magistrate Judge** [#26] filed May 14, 2014, with addresses the motion for summary judgment, is terminated on the docket.

Dated: March 2, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.