**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03344-REB-MEH
(Consolidated with 14-cv-00425-REB-MEH)

DAVID L. HILDEBRAND,

    Plaintiff/Counter Defendant,

v.

MONROE TRUCK EQUIPMENT,

    Defendant/Counter Claimant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Motion To Dismiss With Prejudice** [#69][1] filed May 28, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Dismiss With Prejudice** is granted;

2. That under Fed. R. Civ. P. 41(a)(2), all claims and counterclaims in this action are dismissed with prejudice;

3. That each party shall bear its own attorney fees and costs; and

4. That this case is closed.

Dated June 15, 2015, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge

---

[1] "[#69]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.